DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DON KOZICH,**
Appellant,

v.

**ANDREA RACHEL LINDWALL,**
Appellee.

No. 4D21-484

[March 10, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. COCE20-12839 and CACE20-21942(AP).

Don Kozich, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***